IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA M. GALLAGHER | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| MICHAEL A. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | NO. 06-4836 |
| Defendant. | : | |

**FILED** OCT 1 8 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 17 day of Oct, 2007, it is hereby ORDERED, as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith dated August 21, 2007, is APPROVED and ADOPTED; and

2. Plaintiff's Request for Review is DENIED.

It is so ORDERED.

BY THE COURT:

BERLE M. SCHILLER,        J.